UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KASHNER DAVIDSON SECURITIES CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> STEVEN MSCISZ, MARK MSCISZ & LYNDA MSCISZ, <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> )  05-11433 JLT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter my appearance in the captioned action for defendants Steven Mscisz, Mark Mscisz and Lynda.

*[signature]*

William P. Corbett, Jr. (BBO #561201)
THE CORBETT LAW FIRM
*A Professional Corporation*
85 Exchange Street, Suite 326
Lynn, Massachusetts 01901-1429
(781) 596-9300

Dated: July 7, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this seventh day of July, 2005, I caused a true copy of the foregoing document to be served by first class mail upon the plaintiff's attorney of record.

*[signature]*
William P. Corbett, Jr.