UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KASHNER DAVIDSON SECURITIES CORP., *Plaintiff,* v. STEVEN MSCISZ, MARK MSCISZ & LYNDA MSCISZ, *Defendants.* | Case No. 1:05-cv-11433-JLT |

## NOTICE OF ASSENT TO REMOVAL OF ACTION

TO THE CLERK:

Please take notice that defendants Steven Mscisz and Lynda Mscisz assent to the removal of the captioned action from Suffolk Superior Court, and they join in defendant Mark Mscisz's Notice of Removal (DE #1) as if they were original signatories.

Respectfully submitted,

STEVEN MSCISZ & LYNDA MSCISZ,

By their attorney,

*/s/ William P. Corbett, Jr.*
_____
William P. Corbett, Jr. (BBO #561201)
THE CORBETT LAW FIRM
 *A Professional Corporation*
85 Exchange Street, Suite 326
Lynn, Massachusetts 01901-1429
(781) 596-9300

Dated:  July 11, 2005