UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

KASHNER DAVIDSION SECURITIES CORP.,
VICTOR KASHNER, MATTHEW MEISTER,
and TIMOTHY VARCHETTO,

Plaintiffs

vs.

STEVEN MSCISZ, MARKS MSCISZ and
LYNDA MSCISZ,

Defendants

Case No. 05-CV-11433-JLT

**RULE 7.1 STATEMENT**

---

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3, to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Kashner Davidson Securities Corp., certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties, which own 10% or more of the stock in said party, which are publicly traded.

/s/ Howard M. Smith
_____

Howard M. Smith
Newman & Smith
One Gateway Center
Suite 350
Newton, MA 02458
617 965 9900
BBO # 468880
Attorney for Plaintiffs