# NEWMAN & SMITH
COUNSELLORS AT LAW

ONE GATEWAY CENTER #350
NEWTON, MASSACHUSETTS 02458

(617) 965-9900
Facsimile: (617) 965-9697
Email: hms@hmsmith.com

Melvin Newman
(1921-1997)

Howard M. Smith *
* Also admitted in California

OF COUNSEL
Lawrence L. Blacker

FILED
IN CLERKS OFFICE

2006 APR -5  P 3: 29

U.S. DISTRICT COURT
DISTRICT OF MASS

April 5, 2006

<u>Via Messenger</u>
Hon. Joseph L. Tauro
John Joseph Moakley United States Courthouse
1 Courthouse Way
Courtroom No. 20, 7th Floor
Boston, Massachusetts 02210

Re: Kashner Davidson Securities Corp., *et. al.* v.
Steven Mscisz, *et. al.*, Case No. 05-CV-11433-JLT

Dear Judge Tauro:

This firm is counsel for Plaintiffs.

We will be filing a motion to confirm, modify, and enter judgment upon an arbitration award shortly. In preparing our memorandum of law, we have addressed numerous issues raised by Defendants' Counterclaims that have necessitated a memorandum of law of approximately thirty-four pages, excluding a table of contents and table of authorities. While we continue to edit the memorandum of law, the sheer number of issues raised by the eight Counterclaims, as well as the twenty-plus sub-parts thereof, make it impractical to file a memorandum of law in accordance with Local Rule 7.1(b)(4).

Accordingly, pursuant to Local Rule 7.1(b)(4), we respectfully request that the Court grant Plaintiffs leave to serve a memorandum of law in excess of the Court's twenty-page limitation, which will not be more than thirty-five pages.

Respectfully submitted,

Howard M. Smith

cc: William P. Corbett, Jr., Esq. (via facsimile)