UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-CV-11433-JLT

---

KASHNER DAVIDSION SECURITIES CORP., )
VICTOR KASHNER, MATTHEW MEISTER, )
and TIMOTHY VARCHETTO, )
Plaintiffs )
)
vs. )
)
STEVEN MSCISZ, MARKS MSCISZ and )
LYNDA MSCISZ, )
Defendants )

---

## NOTICE OF PENDING MOTION

Now comes the Plaintiffs, Kashner Davidsion Corp., et al, who respectfully reports to the Court, as follows:

1) that on May 15, 2006, Plaintiff filed its Motion to Modify and Confirm Arbitration Award and for Entry of Judgment thereon;

2) that on June 10, 2006, the Defendants filed their responsive pleading, and;

3) by this Motion, the Plaintiff respectfully calls to the attention of the Court that a ruling on the Motion is pending.

                                        Repectfully submitted,
                                        Plaintiff,
                                        By their attorney,

                                        /Howard M. Smith/
                                        Howard M. Smith
                                        Newman & Smith
                                        One Gateway Center #350
                                        Newton, MA 02458
                                        617 965 9900
                                        BBO 468880