UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KASHNER DAVIDSON SECURITIES CORP., | * | |
| VICTOR KASHNER, MATTHEW MEISTER, | * | |
| And TIMOTHY VARCHETTO | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No.05-11433-JLT |
| | * | |
| | * | |
| STEVEN MSCISZ, MARK MSCISZ, | * | |
| And LYNDA MSCISZ | * | |
| | * | |
| Defendants. | * | |

ORDER

November 27, 2006

TAURO, J.

This court hereby orders that:

1. Plaintiffs' <u>Motion to Modify and Confirm Arbitration Award and Entry of Judgment Thereon</u> [#20] is ALLOWED in part and DENIED in part;

2. This court confirms the arbitration award and declines to modify the allocation of damages among defendants;

2. Steven Mscicz, Mark Mscicz and Lynda Mscisz are jointly and severally liable and shall pay Kashner Davidson Securities Corp. ("KDSC") compensatory damages in the amount of $421,000.00, plus interest at the WSJ prime rate from May 18, 2005, until the date of payment of the award;

3. Steven Mscicz, Mark Mscicz and Lynda Mscisz are jointly and severally liable for

        Plaintiffs' additional attorneys' fees in the amount of $55,187.75 incurred in connection with collecting upon the debit balance owed; and

4.    Plaintiffs shall prepare the form of judgment according to this court's ruling for entry by the court.

IT IS SO ORDERED.

                                                                            /s/ Joseph L. Tauro
                                                       United States District Judge