UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KASHNER DAVIDSON SECURITIES CORP., VICTOR KASHNER, MATTHEW MEISTER, and TIMOTHY VARCHETTO, <br><br>Plaintiffs, <br><br>vs. <br><br>STEVEN MSCISZ, MARK MSCISZ, and LYNDA MSCISZ, <br><br>Defendants. | Case No. 05-CV-11433-JLT |

## JUDGMENT IN A CIVIL CASE

This action came to hearing before the Court, the Honorable Joseph L. Tauro, and the issues have been heard and a decision has been duly rendered,

**IT IS ORDERED AND ADJUDGED**

that Kashner Davidson Securities Corp. recover of the defendants Steven Mscisz, Mark Mscisz, and Lynda Mscisz, jointly and severally, the sum of Four Hundred Twenty-One Thousand and No Cents ($421,000.00), with interest thereon at the rate of six percent (6.00%) per annum, which is the WSJ prime rate, from May 18, 2005 until the date of payment of the judgment; and

that Kashner Davidson Securities Corp. recover of the defendants Steven Mscisz, Mark Mscisz, and Lynda Mscisz, jointly and severally, the additional sum of Fifty-Five Thousand One Hundred Eighty-Seven Dollars and Seventy-Five Cents ($55,187.75).

Dated: _____

                                                                          Honorable Joseph L. Tauro
                                                                          United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-cv-11433-JLT

---

KASHNER DAVIDSION SECURITIES CORP., )
VICTOR KASHNER, MATTHEW MEISTER, )
and TIMOTHY VARCHETTO, )
)
Plaintiffs )
)
vs. )
)
STEVEN MSCISZ, MARKS MSCISZ and )
LYNDA MSCISZ, )
)
Defendants )

---

## Certificate of Service

The undersigned hereby certifies that a true copy of Plaintiff's proposed Entry of Judgment was served upon the attorney of record for each other party by transmittal of same through applicable electronic case filing on November 29, 2006.

Certified as true and correct on November 29, 2006.

                Plaintiff,

                By its attorney,

                s/Howard M. Smith/

                Howard M. Smith
                Newman & Smith
                One Gateway Center #350
                Newton, MA 02458
                617 965 9900
                BBO 468880

Case 1:05-cv-11433-MLW    Document 26    Filed 11/29/2006    Page 3 of 3