UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KASHNER DAVIDSON SECURITIES CORP.,  *
VICTOR KASHNER, MATTHEW MEISTER,    *
and TIMOTHY VARCHETTO,              *
                                    *
            Plaintiffs,             *
                                    *
vs.                                 *   Case No. 05-CV-11433-JLT
                                    *
STEVEN MSCISZ, MARK MSCISZ, and     *
LYNDA MSCISZ,                       *
                                    *
            Defendants.             *

### JUDGMENT IN A CIVIL CASE

This action came to hearing before the Court, the Honorable Joseph L. Tauro, and the issues have been heard and a decision has been duly rendered,

**IT IS ORDERED AND ADJUDGED**

that Kashner Davidson Securities Corp. recover of the defendants Steven Mscisz, Mark Mscisz, and Lynda Mscisz, jointly and severally, the sum of Four Hundred Twenty-One Thousand and No Cents ($421,000.00), with interest thereon at the rate of six percent (6.00%) per annum, which is the WSJ prime rate, from May 18, 2005 until the date of payment of the judgment; and

that Kashner Davidson Securities Corp. recover of the defendants Steven Mscisz, Mark Mscisz, and Lynda Mscisz, jointly and severally, the additional sum of Fifty-Five Thousand One Hundred Eighty-Seven Dollars and Seventy-Five Cents ($55,187.75).

Dated: **11/30/06**

Honorable Joseph L. Tauro
United States District Judge