UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
KASHNER DAVIDSON SECURITIES CORP., *et al.* )
                                            )
           v.                               )   Case No. 05-CV-11433-JLT
                                            )
STEVEN MSCISZ, *et al.*                     )
                                            )
_____)

## NOTICE OF APPEAL

Notice is hereby given that Steven Mscisz, Mark Mscisz and Lynda Mscisz, defendants/plaintiffs-in-counterclaim in the above-captioned case, hereby appeal to the United States Court of Appeals for the First Circuit from the "Judgment in a Civil Case" (DE #27) entered in this action on the fifth day of December, 2006.

                                    STEVEN MSCISZ, MARK MSCISZ & LYNDA MSCISZ,

                                    By their attorney,

                                    */s/ William P. Corbett, Jr.*
                                    _____
                                    William P. Corbett, Jr. (BBO #561201)
                                    THE CORBETT LAW FIRM
                                      *A Professional Corporation*
                                    85 Exchange Street, Suite 326
                                    Lynn, Massachusetts 01901-1429
                                    (781) 596-9300

Dated: December 22, 2006


### CERTIFICATE OF SERVICE

Pursuant to Local Rules 5.4(c) and 5.2(b), I hereby certify that this document, which is being filed with the Court through its ECF system, will be sent electronically to Howard M. Smith, Esquire, a registered ECF participant and attorney of record for the plaintiffs/defendants-in-counterclaim, on this twenty-second day of December, 2006.

                                    */s/ William P. Corbett, Jr.*
                                    _____
                                    William P. Corbett, Jr.