**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil  No. 05-cv-11433 MLW

Title: Kashner Davidson Securities Corp et al v. Mscisz et al

**N O T I C E**

Please take notice that this case previously assigned to Judge  Tauro  has been reassigned to Chief Judge  Wolf  for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials  MLW .

Thank you for your cooperation in this matter.

                                        SARAH A. THORNTON
                                        CLERK OF COURT


                            By:    /s/ Kimberly M. Abaid
                                             Deputy Clerk

Date: July 15, 2008

(Notice of LR40.1 Reassign.wpd - 3/7/2005)