UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KASHNER DAVIDSON SECURITIES      )
    CORPORATION, et al.,         )
            Plaintiffs,      )
                                      )
             v.               )   C.A. NO. 05-11433-MLW
                                      )
STEVEN MSCISZ, et al.,           )
            Defendants.      )
                                      )

<u>ORDER</u>

WOLF, D.J.                                    August 20, 2008

On November 30, 2006, Judge Joseph L. Tauro entered judgment in favor of the plaintiffs. That judgment was reversed by the United States Court of Appeals for the First Circuit on June 30, 2008, and the case was subsequently reassigned to this court. On July 24, 2008, the First Circuit issued a Mandate directing this court to vacate the arbitration award dismissing the counterclaims of Steven, Mark, and Lynda Mscisz, on the basis that it was made in manifest disregard of the law.

Therefore, it is hereby ORDERED that the arbitration award is VACATED and the matter is REMANDED to the Financial Industry Regulatory Authority for further proceedings consistent with the First Circuit's decision.

 

 

                                             <u>     /s/ Mark L. Wolf     </u>
                                             UNITED STATES DISTRICT JUDGE