UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KASHNER DAVIDSON SECURITIES
    CORPORATION, et al.,

    Plaintiffs,

v.                                                                C.A. No. 05-11433-MLW

STEPHEN MSCISZ, et al.,

    Defendants.

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jason C. Moreau and the law firm of Greenberg Traurig

LLP, as counsel for defendants, Steven Mscisz, Mark Mscisz and Lynda Mscisz in the above-

captioned matter.

                      Respectfully Submitted,

                      STEPHEN MSCISZ, MARK MSCISZ
                       and LYNDA MSCISZ,
                      Defendants

                      By their counsel,

August 29, 2008                                    /s/ Jason C. Moreau_____
                      Jason C. Moreau (Mass BBO # 648678)
                      GREENBERG TRAURIG LLP
                      One International Place, 20th floor
                      Boston, MA 02110
                      (617) 310-6000 (telephone)
                      (617) 310-6001 (facsimile)
                      E-mail: moreauj@gtlaw.com

## CERTIFICATE OF SERVICE

I, Jason C. Moreau, hereby certify that a copy of the foregoing Notice of Appearance filed through the ECF system, was sent to the following counsel of record via First-Class Mail on August 29, 2008.

**Howard M. Smith**
Newman & Smith
One Gateway Center
Suite 350
Newton, MA 02458
617-965-9900
Fax: 617-965-9697
Email: hms@hmsmith.com

**Marc J. Ross**
Sichenzia Ross Friedman Ference LLP,
1065 Avenue of the Americas, 21 floor
New York, NY 10018
212-930-9700

**Richard J. Babnick, Jr.**
Sichenzia Ross Friedman Ference LLP,
1065 Avenue of the Americas, 21 Floor
New York, NY 10018
212-930-9700

/s/  Jason C. Moreau
Jason C. Moreau

2